UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LE-VEL BRANDS, LLC,

    Plaintiff,

v.

Case No. 18-cv-11305
Hon. Matthew F. Leitman

LEVELZ HOOKAH LOUNGE, *et al.*,

    Defendants.
_____/

## ORDER TO APPEAR FOR HEARING ON DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL (ECF #16)

On October 9, 2018, Shawn Hirmiz as counsel for Defendants Levelz Hookah Lounge, KP Kutz, Inc., d/b/a Levelz Barbershop, Kader Pattah and Chris Pattah filed a Motion to Withdraw as Counsel. (*See* ECF #16.)

**IT IS HEREBY ORDERED** that Mr. Hirmiz shall appear at the United States District Court, 140 Federal Building and U.S. Courthouse, 600 Church Street, Courtroom 127, Flint, Michigan, on **Monday, December 10, 2018 at 10:00 a.m.** for a hearing on his motion. Counsel for Plaintiff may, but is not required to, attend the hearing.

**IT IS FURTHER ORDERED** that Shawn Hirmiz shall serve a copy of this Order on Defendants Levelz Hookah Lounge, KP Kutz, Inc., d/b/a Levelz

1

Barbershop, Kader Pattah and Chris Pattah by regular mail (and email, if available) and shall file proof of such service with the Court.

**IT IS FURTHER ORDERED that Defendants Levelz Hookah Lounge, KP Kutz, Inc., d/b/a Levelz Barbershop, Kader Pattah and Chris Pattah shall each personally appear at the motion hearing on December 10, 2018 at 10:00 a.m.**

    **IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 2, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764